1  Adam M. Rose (210880)
   starrlawadam@yahoo.com
2  LAW OFFICE OF ROBERT L. STARR
   23277 Ventura Boulevard
3  Woodland Hills, California 91364
   Telephone: (818) 225-9040
4  Facsimile: (818) 225-9042

5  Attorneys for Plaintiff
   Andrea Lebron

FILED
CLERK, U.S. DISTRICT COURT

JUNE 6, 2014

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA LEBRON, | ) NO.   CV14-0266-SVW-CW |
| Plaintiff, | ) ORDER RE: DISMISSAL |
| v. | ) |
| 10300 CORPORATION, EXOTIC CITY, IVETTE GONZAGA, and DOES 1 to 10, | ) |
| Defendants. | ) |

The case is dismissed with prejudice pursuant to the parties' stipulation.

IT IS SO ORDERED.

Date: __June 6, 2014_____     _____
                                    Hon. Judge Stephen Wilson

-1-
ORDER